In the Matter of the Application of GIRARD LEASEHOLDING Co., INC., Respondent, against HENRY BRUCKNER, as President of the Borough of The Bronx, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, on the ground of failure to make the Kesbec Sales Company, whose property is required to be removed, a party to the proceeding. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOSEPH P. DRAKE, Respondent, v. OIL PROCESSES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GREENPOINT DEPARTMENT STORE, INC., Appellant, v. SAUL BIRNS, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

M. J. & H. J. MEYER COMPANY, Respondent, v. SAMUEL ROSENBERG, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PEASE & ELLIMAN, INC., Respondent, v. GEORGE EHRET PARK AVENUE CORPORATION and Another, Appellants. LAWRENCE SPYR and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

UNITED HARDWARE AND TOOL CORPORATION, Respondent, v. THE AMERICAN TOBACCO COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM MORRIS and Others, Respondents, v. FRANK MITCHELL and Another, Appellants, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THEODORE FRIEEBERG, Respondent, v. CHARLES S. NEVELSON, Appellant.— Order so far as appealed from modified by denying the motion for a bill of particulars as to items 4-a, 4-b and 4-c, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P, J., Merrell, Finch, McAvoy and O'Malley, JJ.

BRESCIA CONSTRUCTION COMPANY, INC., Respondent, v. SURVEL REALTY CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EDWARD STOUFFER, Respondent, v. JOHN J. FINN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ANNIE PUTTERMAN, Respondent, v. JACOB SOLOMON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

POSNICK-NONAS Co., INC., Respondent, v. U. S. FIDELITY AND GUARANTY COMPANY, Appellant.— Order so far as appealed from modified by disallowing items 5, 6, 7, 9, 10, 11, 13, 14, 15, 16 and 17 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant.